UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NAVJOT SINGH, | ) | Case No. ED CV 26-00511 FMO (PVC) |
| Petitioner, | ) | |
| v. | ) | **ORDER RE: PETITION FOR WRIT OF HABEAS CORPUS** |
| MARK BOWEN, et al., | ) | |
| Respondents. | ) | |

On February 6, 2026, the court issued an order granting Navjot Singh ("petitioner") preliminary relief in Case No. ED CV 26-0213. (See Navjot Singh, et al. v. Mark Bowen, et al., ED CV 26-0213, Dkt. 8, Court's Order of February 6, 2026). Under the circumstances, it appears that the instant action – which seeks the same relief on behalf of the same petitioner – is both duplicative and now moot. Accordingly, IT IS ORDERED THAT the above-captioned action is **dismissed** without prejudice. Judgment shall be entered accordingly.

Dated this 12th day of February, 2026.

/s/
Fernando M. Olguin
United States District Judge