JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVJOT SINGH, | ) Case No. ED CV 26-00511 FMO (PVC) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| MARK BOWEN, <u>et al.</u>, | ) |
| Respondents. | ) |

Pursuant to the Order Re: Petition for Writ of Habeas Corpus, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 12th day of February, 2026.

/s/
Fernando M. Olguin
United States District Judge