UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-5

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 26-00511 FMO (PVCx) | Date | February 17, 2026 |
|---|---|---|---|
| Title | Navjot Singh v. Mark Bowen, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiff(s): | | Attorney Present for Defendant(s): |
| None Present | | None Present |

**Proceedings:** (In Chambers) Motion for Reconsideration and Further Proceedings

Having received and reviewed petitioner Navjot Singh's ("petitioner") Motion for Reconsideration re Judgment, (Dkt. 8, "Motion"), which the court will construe as a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b)(1), IT IS ORDERED THAT:

1. Petitioner's Motion (**Document No. 8**) is **granted** as follows. The above-referenced action is hereby re-opened, and the order of dismissal **(Document No. 6)** and judgment **(Document No. 7)** previously entered are **vacated**.

2. Petitioner shall not be removed from the Central District of California pending further order of the court. Respondents are cautioned that sanctions may be imposed if respondents take any action impairing petitioner's ability to obtain complete relief.

3. Respondents shall file an opposition to petitioner's Motion for Temporary Restraining Order **(Document No. 3)** no later than **February 19, 2026**.

4. Petitioner shall file a reply no later than **February 21, 2026**.

5. Unless the court orders otherwise, petitioner's Application will be deemed submitted, without oral argument, on either: (a) the day the opposition is filed, or due and not filed; or (b) the day any reply to the opposition is filed, or due and not filed. The court may order further briefing or other proceedings, at any time, as appropriate.

6. Petitioner's counsel shall forthwith provide notice of this Order to respondents and file a proof of service no later than **February 18, 2026**, at **10:00 a.m.**

|  |  | 00 : 00 |
|---|---|---|
|  | Initials of Preparer | vdr |